# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDDIE L. ALEXANDER, Inmate #04759-025,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) **CIVIL NO. 06-304-JPG** |
| **TRACY JOHNS and THE ATTORNEY GENERAL OF THE STATE OF ILLINOIS,** | ) ) ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On March 6, 2006, Petitioner filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, in this District in case 06-cv-198-MJR. On March 31, 2006, the Honorable Michael J. Reagan entered an order in that case encouraging Petitioner to refile his petition to include as Respondents his custodian, the Warden at USP-Coleman, and the Attorney General of the State of Illinois.

On April 18, 2006, Petitioner filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court believes that the petition filed in this action was mistakenly construed as an attempt to open a new case, when in fact, Petitioner intended to file an amended petition in the above-noted case.

Accordingly,

**IT IS HEREBY ORDERED** that the instant action be **CLOSED**. The Clerk shall file the petition filed in this action as an amended petition in case 06-cv-198-MJR. ***To avoid confusion in***

*the future, Petitioner is encouraged to include the case number of that case on every document or piece of correspondence sent to the Court.*

**IT IS SO ORDERED.**

**Dated: May 8, 2006**

                                                  s/ J. Phil Gilbert
                                                  **U. S. District Judge**